## HERBERT L. MOELLER
vs.
## IRVING GOFFIN

Superior Court     New Haven County     File #44541

Present:   Hon. JOHN RUFUS BOOTH, Judge.

| | |
|---|---|
| George W. Crawford, | Attorney for the Plaintiff. |
| Sachs, Sachs & Sachs, | Attorneys for the Defendant. |
| Joseph A. Shrebnik, | Attorney for the Petitioner. |

**MEMORANDUM FILED MARCH 18, 1935.**

BOOTH (JOHN RUFUS), J. The petition seeks permission to sue a receiver of rents. Before such permission is granted facts should be alleged which if proven would clearly make out a case against the receiver. The present petition is defective in that it does not clearly show such a cause of action. Until such showing is made the receiver should not be subjected to the expense of defending a claim of this character.

The petition is, therefore, denied